O. M. DORMAN, APPELLANT, VS. S. RITZWALLER, RESPONDENT.

An appeal from the decision of the Circuit Court overruling a demurrer to a replication, other issues in the record being undisposed of, in an action of ejectment, and no final judgment having been rendered: *Held,* That the appeal must be dismissed, as no appeal lies from such decision in an action at law.

*Call & Basnett* for Appellant.

*Fleming & Daniel* for Respondent.

Emma L. Nelson v. Daniel B. McLaurin.

RANDALL, C. J., delivered the opinion of the court.

This is an appeal, in form, from the order or judgment of the Circuit Court of Duval county, sustaining a demurrer to a "replication to defendant's two last pleas." There is a plea standing not disposed of. The action was ejectment. This appeal was entered in June, 1870, and the record does not disclose any final judgment.

This court has always and repeatedly held, that in a suit at law no appeal would lie except from a final judgment. This appeal must therefore be dismissed.

Ordered accordingly.